AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 05/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | SELF-EMPLOYED - OWNER OF CONSTRUCTION COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BLACKROCK NY MUNI INC. | C | Dividend | L | T | | | | | |
| 2. BLACKROCK MUNIYIELD NY QLT | B | Dividend | K | T | | | | | |
| 3. CALAMOS STRAT TOT RETURN FD | C | Dividend | K | T | | | | | |
| 4. EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | C | Dividend | L | T | | | | | |
| 5. EATON VANCE TAX DIV INC DIV INC FD | D | Dividend | L | T | | | | | |
| 6. EATON VANCE ENH INC FD II | C | Dividend | K | T | | | | | |
| 7. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Sold | 08/31/15 | K | D | |
| 8. FIRST TR EXCHANE TRADED FD DOW JONES IN | A | Dividend | K | T | Sold (part) | 08/31/15 | K | A | |
| 9. FIRST TR DORSEY WRT FOCUS 5 ETF SH | A | Dividend | K | T | Sold (part) | 07/31/15 | K | C | |
| 10. ML BANK BANK DEPOSIT PRGM(FIA CARD SERVICES) NA ACCOUNT | A | Interest | K | T | | | | | |
| 11. GLOBAL X SUPERDIVI ETF | C | Dividend | K | T | | | | | |
| 12. GUGGENHEIM RUSSEL TO 50 EFT | A | Dividend | K | T | Buy | 11/30/15 | K | | |
| 13. GUGGENHEIM S&P 500 PURE | | None | | | Sold | 02/03/15 | K | A | |
| 14. GUGGENHEIM S&P 500 PURE GR ETF | A | Dividend | | | Sold | 07/31/15 | K | A | |
| 15. INVESTCO SENIOR INC TRUST | C | Dividend | K | T | | | | | |
| 16. ISHARES US CONSUMER GOODS ETF | A | Dividend | K | T | Buy | 11/30/15 | K | | |
| 17. ISHARES CORE S&P MID CAP ETF | A | Dividend | | | Sold | 07/31/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TRANSPORTATION AVE | A | Dividend | | | Sold | 07/31/15 | J | | |
| 19. ISHARES DOW JONES US FINL | A | Dividend | | | Sold | 08/31/15 | K | B | |
| 20. ISHARES US INDUSTRIALS ET | A | Dividend | K | T | Sold (part) | 08/31/15 | J | B | |
| 21. NUVEEN NY DIV ADV MUNI | C | Dividend | L | T | Buy | 12/17/15 | K | | |
| 22. POWERSHARES QQQ TRUST SE 1 | A | Dividend | K | T | Buy | 11/30/15 | K | | |
| 23. POWERSHARES PREFERRED PORTFOLIO | A | Dividend | K | T | Buy | 11/30/15 | K | | |
| 24. NUVEEN NY PERF PLS MUNI New Name NUVEEN NY DIV ADV MUNI | A | Dividend | K | T | | | | | |
| 25. POWERSHARES DWA ENERGY MOMENTUM PORTF | A | Dividend | | | Sold | 08/31/15 | J | | |
| 26. POWERSHARES EXCHANGE TRADED FD TR II S7P 500 | A | Dividend | K | T | | | | | |
| 27. POWERSHARES VARIABLE RAT PREF PORTFOLIO | B | Dividend | K | T | Buy | 10/30/15 | K | | |
| 28. SPDR S&P 500 ETF TR | A | Dividend | | | Sold | 07/31/15 | K | B | |
| 29. ALLIANZGI NFJ DIV INT PREM STRAT AND PREM STRAT FD | C | Dividend | K | T | | | | | |
| 30. IRA - F. BLOCK | | | | | | | | | |
| 31. ALLIANCEBERNSTEIN GLOBAL HIGH | C | Dividend | K | T | | | | | |
| 32. BLACKROCK INTL GROWTH & INCOME TR | C | Dividend | K | T | | | | | |
| 33. CALMOS STRAT TOT RET RETURN FD | C | Dividend | K | T | | | | | |
| 34. COHEN AND STEERS QUALITY INC REALTY FD INC | C | Dividend | K | T | Buy | 05/20/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWA TECH LEADERS PORT POWERSHARES ETF | A | Dividend | K | T | Buy | 11/04/15 | K | | |
| 36. DWA TECH LEADERS POR PWERSHARES ETF | | None | | | Sold | 03/27/15 | K | B | |
| 37. EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | K | T | | | | | |
| 38. EATON VANCE TX-AD GL DIV GL DIV INC FD | B | Dividend | K | T | | | | | |
| 39. EATON VANCE ENH INC FD II | C | Dividend | K | T | | | | | |
| 40. FIRST TR SR FL II SR FLOAT RATE INC FD 11 | C | Dividend | K | T | Buy | 05/20/15 | K | | |
| 41. FIRST TR NASDQ 100 EQ | A | Dividend | K | T | Buy | 10/21/15 | K | | |
| 42. FIRST TR DORSEY WRT FOCUS 5 ETF SH | A | Dividend | K | T | Buy | 01/08/15 | K | | |
| 43. GABELLI DIV & INC TR INC TR | C | Dividend | K | T | Buy | 05/20/15 | L | | |
| 44. ISHARES US OIL & GAS EXPLORATION & PRODC | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 45. FIRST TR NASDQ 100 EQ | A | Dividend | | | Sold | 08/31/15 | K | B | |
| 46. FIRST TR EXCHANGE TRADED FD VI SHS | A | Dividend | | | Sold | 08/31/15 | K | | |
| 47. GUGGENHEIM S&P 500 EQUAL WEIGHT ETF | A | Dividend | | | Sold | 05/26/15 | L | D | |
| 48. GUGGENHEIM S&P 500 PURE GR ETF | A | Dividend | | | Sold | 03/27/15 | K | C | |
| 49. ISHARES MSCI HONG KONG | | None | | | Sold | 03/27/15 | J | | |
| 50. ISHARES CORE S&P MID CAP ETF | A | Dividend | | | Sold | 05/26/15 | K | B | |
| 51. ISHARES TRANSP AVE | | None | | | Sold | 03/27/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES US HEATHCARE | A | Dividend | K | T | | | | | |
| 53. LOOMIS SAYLES GROWTH FD CL A | A | Dividend | L | T | Buy | 11/17/15 | L | | |
| 54. LOOMIS SAYLES VALUE FD CL A | | None | | | Sold | 01/07/15 | L | A | |
| 55. BANK OF AMERICA NA RASP ACCOUNT ( FIA CARD SERVICES NA RASP) | A | Interest | K | T | | | | | |
| 56. LOOMIS SAYLES GR FD CL A | | None | | | Sold | 04/09/15 | K | C | |
| 57. LOOMIS SAYLES STRAT INC FD CL C | A | Dividend | K | T | Sold (part) | 06/24/15 | K | C | |
| 58. LORD ABBETT FLOATING RATE FD CL C | B | Dividend | K | T | | | | | |
| 59. LORD ABBETT BOND DEBENTURE FD CL C | B | Dividend | K | T | Buy | 06/19/15 | K | | |
| 60. MORGAN STANLEY EMERGING MARK | C | Dividend | K | T | Buy | 05/20/15 | K | | |
| 61. NATIXIS US EQUITY OPPT (MULTI CAP EQ) FD CL A | | None | | | Sold | 03/18/15 | L | | |
| 62. NATIXIS OAKMARK FD CL A | | None | | | Sold | 01/13/15 | L | | |
| 63. POWERSHARES DWA CONSUMER STAPLES MOMTUM PRTFL | A | Dividend | K | T | Buy | 10/21/15 | K | | |
| 64. POWERSHARES DWA COMSUMER CYCLICALS MOMNTM PRTFL | A | Dividend | K | T | Buy | 10/21/15 | K | | |
| 65. POWERSHARES QQQ TR UNITS SER 1 | A | Dividend | K | T | | | | | |
| 66. POWERSHARES EXCHANGE TRADED FD TR 1 | A | Dividend | K | T | Buy | 10/21/15 | K | | |
| 67. POWERSHARES S&P INTL DEV LOW VOL PORT | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. SPDR S P EMERG ASIA PAC | | None | | | Sold | 03/27/15 | K | A | |
| 69. ALLIANZGI NFJ DIVID INT &PR(NFJ DIV INT PREM STRAT AND PREMIUM STRAT) | C | Dividend | K | T | | | | | |
| 70. WESTERN ASSET HIGH INC OPPT FD | C | Dividend | K | T | | | | | |
| 71. WISDOM TREE EUROPE HEDGED EQ FD | | None | | | Sold | 04/15/15 | K | D | |
| 72. BANK OF AMERICA NA RASP ACCOUNT | A | Interest | K | T | | | | | |
| 73. BANK OF SMITHTOWN ACCOUNT | A | Interest | J | T | | | | | |
| 74. BANK OF AMERICA NA RASP ACCOUNT(1) | A | Interest | J | T | | | | | |
| 75. ALIBABA GP HOLDING LT (1) | | None | | | Sold | 03/03/15 | J | | |
| 76. APPLE INC. (1) | A | Dividend | J | T | | | | | |
| 77. BEST BUY CO INC. (1) | A | Dividend | | | Sold | 06/30/15 | J | | |
| 78. ENERPLUS COR. SHS (1) | | None | | | Sold | 01/20/15 | J | | |
| 79. FACEBOOK INC CLASS A COMM(1) | | None | J | T | Buy | 08/03/15 | J | | |
| 80. FORTINET INC(1) | | None | J | T | Buy | 03/13/15 | J | | |
| 81. ISHARES US OIL & GAS EXPL & PRODC(1) | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 82. JP MORGAN CHASE & CO.(1) | A | Dividend | J | T | | | | | |
| 83. NXP SEMICONDUCTORS N.V.(1) | | None | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. SKYWORKS SOLUTIONS INC(1) | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 85. SPDR INDEX SHS FDS(1) | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 86. SPDR SP EMERG ASIA PAC(1) | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 87. UNDER ARMOUR INC.(1) | | None | | | Sold | 04/17/15 | J | B | |
| 88. DWA TECH LEADERS PORT POWERSHARES ETF (1) | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 89. FIRST TR DORSEY WRT FOCUS 5 ETF SH (1) | A | Dividend | J | T | Sold (part) | 04/07/15 | J | A | |
| 90. GUGGENHEIM S&P 500 EQUALWEIGHT ETF (1) | A | Dividend | | | Sold | 08/03/15 | K | A | |
| 91. FIRST TRUST EXCHANGE TRADED (1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/03/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544